UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>    Plaintiff,<br><br>v.<br><br>DARRELL W. SMILEY, individually and dba SMILEY's GAS, et al.,<br><br>    Defendant. | Case No.  1:14-CV-00840---SKO<br><br>SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; ORDER<br><br>Current Response date:   August 4, 2014<br>New Response date:       September 2, 2014 |

   Plaintiff, CECIL SHAW ("Plaintiff"), and Defendant, DARRELL W. SMILEY, individually and dba SMILEY's GAS ("Defendant"), by and through their respective counsel, hereby stipulate and agree as follows:

   WHEREAS, on June 2, 2014, Plaintiff filed the instant action in this Court;

   WHEREAS, on June 17, 2014, Plaintiff served Defendant with the Complaint by personal service;

   WHEREAS, on July 11, 2014, Plaintiff and Defendant (in pro per) by stipulation under Local Rule 144(a) (Fed. R. Civ. P. 6) agreed to extend Defendant's deadline to respond to the Complaint until August 5, 2014;

   WHEREAS, on August 4, 2014, Defendant retained the law firm of McCormick,

1  Barstow, Sheppard, Wayte & Carruth LLP as defense counsel in this action;

2  WHEREAS, Plaintiff and Defendant hereby agree to further extend Defendant's
3  deadline to respond to the Complaint by 28 days to September 2, 2014 which extension
4  cumulatively exceeds 28 days from the initial deadline for Defendant to file his responsive
5  pleading;

6  WHEREAS, the parties will use the extended time to respond to the Complaint to begin
7  settlement negotiations; and

8  WHEREAS, this extension of time does not alter any date or event set by Court order,
9  including the scheduling conference;

10  NOW, THEREFORE, the parties stipulate and agree as follows:

11  The time for Defendant to respond to Plaintiff's Complaint shall be extended to and
12  including September 2, 2014.

13  Dated: August 5, 2014                            McCORMICK, BARSTOW, SHEPPARD,
                                                    WAYTE & CARRUTH LLP

                                                    By:      /s/ Christina C. Tillman
                                                             Christina C. Tillman
                                                             Attorneys for Defendant
                                                    DARRELL W. SMILEY, individually and
                                                             dba SMILEY's GAS

    Dated: August 5, 2014                            MOORE LAW FIRM, P.C.

                                                    By:      /s/ Tanya E. Moore
                                                             Tanya E. Moore
                                                             Attorneys for Plaintiff
                                                             CECIL SHAW

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

00003-00125 3029362.1                  2
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

# ORDER

The Parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that,

1. Defendant shall have to and including September 2, 2014, within which to file his responsive pleading; and
2. The Telephonic Case Management Conference currently set for August 26, 2014, at 10:45 a.m. shall remain on calendar.

IT IS SO ORDERED.

Dated:   **August 5, 2014**                    **/s/ Sheila K. Oberto**
                                               UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

00003-00125 3029362.1                              3

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT