# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW, | Case No. 1:14-cv-00840-SKO |
| Plaintiff. | |
| v. | **ORDER AFTER SETTLEMENT** |
| DARRELL W. SMILEY, individually and dba SMILEY'S GAS, | |
| Defendant. | |

On September 22, 2014, Plaintiff Cecil Shaw ("Plaintiff") filed a Notice of Settlement indicating that the parties in this matter have reached a settlement. (Doc. 18.) Plaintiff requested up to and including October 22, 2014, to file dispositional documents.

Accordingly, the Court ORDERS the parties, **by no later than October 22, 2014,** to file appropriate pleadings to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

1

The Court VACATES all pending matters and dates. The parties are cautioned that a failure to comply with this order may be grounds for the imposition of sanctions on counsel or any party who violates this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

Dated:   **September 24, 2014**                    **/s/ Sheila K. Oberto**
                                                                   UNITED STATES MAGISTRATE JUDGE